Chelsea Latino (NSBN 14227)
Karyna M. Pome'e (NSBN 16044)
McDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
clatino@mcdonaldcarano.com
kpomee@mcdonaldcarano.com

*Attorneys for Defendant Pilot Travel Centers LLC*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RUPINDER KAUR,

Plaintiff,

v.

PILOT TRAVEL CENTERS LLC, dba PILOT GAS STATION, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

Defendants.

Case No.: 3:25-cv-00226-ART-CSD

**ORDER APPROVING STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (Second Request)**

Defendant Pilot Travel Centers LLC ("Pilot"), and Plaintiff Rupinder Kaur ("Ms. Kaur" collectively with Pilot, the "Parties"), submit this Stipulation and Order to Extend Discovery Plan and Scheduling Order (Second Request) pursuant to LR 1A 6-1 and LR 26-3 as follows:

## I. PROCEDURAL HISTORY

On April 16, 2025, Ms. Kaur filed her Complaint against Pilot. ECF No. 1, Ex. B. On May 6, 2025, Pilot removed the action from State Court and filed its Rule 7.1 Disclosure. ECF Nos. 1 & 2. On May 21, 2025, Pilot filed its Statement Regarding Removal. ECF No. 6. On June 4, 2025, Ms. Kaur filed her Motion to Remand to State Court. ECF No. 7. On November 18, 2025, the Court entered its Order Denying Remand. ECF No. 11. On March 17, 2026, the Court granted the Parties' Stipulation and Order to Allow Late-Filed Response and Extend Time for Defendant to Respond to Plaintiff's Complaint. ECF No. 15. On March 18, 2026, Pilot filed its Answer to Ms. Kaur's Complaint. ECF No. 16.

The Parties submitted their Stipulated Discovery Plan and Scheduling Order pursuant to

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Fed. R. Civ. P. 26(f)(3) and LR 26-1 on May 5, 2026. ECF No. 21. The Court entered the Discovery Plan and Scheduling Order on May 5, 2026. ECF No. 22. On July 14, 2026, pursuant to LR IA 6-1 and LR 26-3, the Parties submitted the Stipulation and Order to Extend Discovery Deadlines (First Request). ECF No. 25. On July 15, 206, the Court entered its Order granting the Stipulation to Extend Discovery Deadlines. ECF No. 26.

## II. DISCOVERY COMPLETED TO DATE

On April 2, 2026, Ms. Kaur served her Initial Disclosures pursuant to FRCP 26(a)(1). On April 21, 2026, Pilot served its Initial Disclosures pursuant to FRCP 26(a)(1). On April 27, 2026, Ms. Kaur served her First Set of Requests for Production of Documents, First Set of Requests for Admissions, and First Set of Interrogatories on Pilot. Pursuant to stipulation of the parties, Pilot served its responses to Ms. Kaur's discovery requests on June 12, 2026. On June 12, 2026, Pilot also served its First Set of Request for Production of Documents and First Set of Request for Admissions. Ms. Kaur served her responses on July 22, 2026. On August 31, 2026, Pilot took the deposition of Ms. Kaur. The Parties believe an extension of discovery deadlines is imperative to give the parties additional time to conduct discovery.

## III. DISCOVERY REMAINING TO COMPLETE

1. Deposition of Pilot's FRCP 30(b)(6) witness;
2. Deposition of other percipient witnesses;
3. Written discovery as necessary;
4. Expert disclosures and depositions.

## IV. PROPOSED DISCOVERY SCHEDULE

By way of this stipulation, the parties respectfully request an extension of the remaining case deadlines set forth in the current Scheduling Order. ECF No. 26. The Parties have not yet completed the written discovery necessary to develop a complete factual record from which to identify and disclose their respective experts. An extension of all remaining deadlines will allow the Parties sufficient time to complete outstanding written discovery so that expert disclosures, and all subsequent deadlines, are based on a full and accurate record.

This extension request is made in good faith, jointly by the parties, and not for the purposes

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

of delay. A trial date in this matter has not yet been set. Moreover, since this is a joint request, neither party will be prejudiced. This request is not sought for any improper purpose or other purpose of delay. Rather, the parties seek it solely for the purpose of allowing sufficient time to fully and fairly conduct both fact and expert discovery, have the ability to take expert depositions, and adequately prepare their respective cases for dispositive motion practice and, ultimately, trial.

As such, the parties submit that good cause exists to permit granting the requested extension of the following deadlines:

| **EVENT** | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Close of Discovery | November 13, 2026 | **December 14, 2026** |
| Initial Expert Disclosures | September 14, 2026[1] | **October 14, 2026** |
| Rebuttal Expert Disclosures | October 13, 2026 | **November 12, 2026** |
| Dispositive Motions | December 14, 2026 | **January 13, 2027** |
| Joint Pretrial Order, Disclosures, and Objections (if no dispositive motion filed)[2] | January 12, 2027 | **February 11, 2027** |

This is the parties second request to extend the aforementioned case deadlines.

DATED: September 11th, 2026.

GOLIGHTLY & VANNAH, PLLC

By: */s/ John B. Greene*
John B. Greene (NSBN 4729)
Robert D. Vannah (NSBN 2503)
*Attorneys for Plaintiff*

McDONALD CARANO LLP

By: */s/ Karyna M. Armstrong*
Chelsea Latino (NSBN 14227)
Karyna M. Pome'e (NSBN 16044)
*Attorneys for Defendant*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2026.

[1] This is the only existing deadline the parties seek to extend within 21 days, which therefore requires a showing of good cause under LR 26-3. The parties submit that good cause exists to extend this deadline for the same reasons set forth herein, but particularly because deposition testimony could lead to information pertinent to expert disclosures and reports.

[2] Pursuant to LR 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.